No. 99–6174.  KUKES v. CALDERON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 99–6175.  JACKSON v. LOUISIANA.  Ct. App. La., 4th Cir. Certiorari denied.

No. 99–6176.  NIEBLAS v. CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–6177.  MARTINEZ v. CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 99–6185.  SAUNDERS v. TAYLOR, COMMISSIONER, DELAWARE DEPARTMENT OF CORRECTION, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–6186.  RAVESLOOT v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 99–6187.  REEDY v. PHILLIPS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–6190.  KRUEGER v. CAREY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 99–6191.  JACOBS v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 99–6194.  McKEE v. STEWART.  C. A. 9th Cir.  Certiorari denied.

No. 99–6202.  PRICE v. MAZURKIEWICZ ET AL.  C. A. 3d Cir. Certiorari denied.

No. 99–6203.  ALLAH v. CALIFORNIA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 99–6211.  JORDAN v. FANELLO, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–6212.  WARDELL v. RYDEN, DEPUTY SHERIFF, LARIMER COUNTY, COLORADO, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 99–6213.  SEWARD v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.